UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NICHOLAS ANTHONY CUSATIS,   :
    Petitioner   :
                                          :
    v.   :   CIVIL NO. 1:12-CV-0791
                                          :
PENNSYLVANIA BOARD OF   :
PROBATION AND PAROLE,   :
    Respondent

*O R D E R*

AND NOW, this 10th day of September, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 11), filed August 8, 2012, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. The magistrate judge's report (Doc. 11) is adopted.

    2. The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED.

    3. The Clerk of Court shall close this file.

    4. A certificate of appealability is denied.


                                            /s/ William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge